IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00418 - RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LYDELL CLANTON,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 18, 2019, in the State and District of Colorado, the defendant, LYDELL CLANTON, at a place within the special maritime and territorial jurisdiction of the United States, namely the United States Penitentiary in Florence, Colorado, did knowingly perform an act of masturbation, as defined in Colo. Rev. Stat. § 18-7-302(5), in a manner which exposed the act to the view of any person under circumstances in which such conduct was likely to cause affront or alarm to the other person.

All in violation of Title 18, United States Code, Section 13, assimilating Colo. Rev. Stat. § 18-7-302(1)(b).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

By: <u>*s/James P. Wiencek*</u>
James P. Wiencek
Special Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  James.Wiencek@usdoj.gov

Attorney for Government

| | |
|---|---|
| <u>DEFENDANT</u>: | **LYDELL CLANTON** |
| <u>AGE/YOB</u>: | **1987** |
| <u>COMPLAINT FILED?</u> | _____ Yes      \_\_\_x\_\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   \_\_ Yes   \_x\_ No
   If No, a new warrant is required

| | |
|---|---|
| <u>OFFENSE(S)</u>: | 18 U.S.C. § 13, assimilating Colo. Rev. Stat. 18-7-302(1)(b) (indecent exposure/masturbation) |
| <u>LOCATION OF OFFENSE</u>: | Fremont County, Colorado |
| <u>PENALTY</u>: | NMT eighteen months' imprisonment; NMT $5,000 fine, or both; NMT one year supervised release; and a $100 Special Assessment |
| <u>AGENT</u>: | Jonathan Teeter<br>SIS Lieutenant, Federal Bureau of Prisons |
| <u>AUTHORIZED BY</u>: | James P. Wiencek<br>Special Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

 x   five days or less

<u>THE GOVERNMENT</u>

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.

1